# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795     www.gottlieblaw.net

June 25, 2024

**MEMO ENDORSED.**

<u>VIA ECF</u>
The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Hedges v. Huish Outdoors, LLC,*
      Case No.: 1:24-cv-4029

Dear Judge Wang,

The undersigned represents Donna Hedges, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Huish Outdoors, LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for July 9, 2024 at 12:00 p.m. (Dkt. 8) be adjourned for 60 days because the Defendant is still in the process of being served and their counsel has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

**Application GRANTED. The Initial Case Management Conference scheduled for July 9, 2024, is ADJOURNED to September 17, 2024, at 10:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.**

**SO ORDERED.**

_____
Ona T. Wang          6/26/24
U.S.M.J.